```
Court Name: United States District Court
Division: 1
Receipt Number: 14683011496
Cashier ID: rbroaden
Transaction Date: 02/16/2010
Payer Name: ROPES AND GRAY
------------------------------------------
CIVIL FILING FEE
  For: ROPES AND GRAY
  Amount:         $350.00
------------------------------------------
CHECK
  Remitter: ROPES AND GRAY
  Check/Money Order Num: 4678
  Amt Tendered:  $350.00
------------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

FILING FEE
210CV75
```