IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| PROJECT VOTE/VOTING FOR | : |
| Plaintiff, | : |
| v. | : Case No.: 2:10cv75 |
| ELISA LONG and NANCY RODRIGUES, | : |
| Defendants. | : |

## ANSWER AND AFFIRMATIVE DEFENSE OF DEFENDANT ELISA LONG

Defendant, Elisa Long, by counsel, for her answer to plaintiff's Complaint states:

## ANSWER

1-3. Denied. Defendant denies the allegations of these paragraphs as conclusions of law.

4. Admitted in part; Denied in part. Defendant admits only that she denied plaintiff access to rejected voter applications in accordance with her interpretation of the applicable law. Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the remaining allegations and therefore denies same.

5-6. Denied. The allegations of these paragraphs are denied to the extent they are inconsistent with Virginia law.

7-9. Denied. The allegations of these paragraphs are denied to the extent they are inconsistent with federal law.

10-11. Denied. The allegations of these paragraphs are denied to the extent that they are inconsistent with Virginia law.

12. Denied.

13. Denied.

14. Denied. Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the allegations of this paragraph and therefore denies same.

15-17. Denied. The documents referenced in these paragraphs speak for themselves.

18. Denied. Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the allegations of this paragraph and therefore denies same.

19. Admitted.

20-22. Denied. Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the allegations of these paragraphs and therefore denies same.

23. Admitted in part and denied in part. The defendant admits the allegations of the first sentence in paragraph 23 and denies the allegations in the second sentence.

24-25. Denied.

26. Defendant incorporates by reference her responses to paragraphs 1 – 25 as if set forth at length.

27-28. Denied as a conclusion of law.

29-31.   Denied.

32.   Any paragraph of the complaint not specifically addressed is hereby denied.

## **AFFIRMATIVE DEFENSES**

1.   Plaintiff's Complaint fails to state a claim upon which relief may be granted.

2.   Article I, § 4 of the United States Constitution gives Virginia the right to regulate the administration of elections in Virginia in a manner consistent with federal law.

The defendant reserves the right to present other defenses as they become known during the course of this litigation.

ELISA LONG

By:_____/s/_____
                Of Counsel

Jeff W. Rosen, Esquire
Virginia Bar No. 22689
*Attorney for Elisa Long*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia  23462
Phone:  (757) 490-6253
Fax:  (757) 497-1914
Email:  jrosen@pendercoward.com

Lisa Ehrich, Esquire
Virginia Bar No. 32205
*Attorney for Elisa Long*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia  23462
Phone:  (757) 490-6253
Fax:  (757) 497-1914
Email:  lehrich@pendercoward.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2010, I electronically filed the foregoing **ANSWER AND AFFIRMATIVE DEFENSE OF DEFENDANT ELISA LONG** with the clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Augustine Martin Ripa, Esq.
Ropes & Gray, LLP
700 12th Street NW; Suite 900
Washington, DC  20005
Augustine.ripa@ropesgray.com

Jason Gassan Idilbi, Esq.
Ropes & Gray, LLP
700 12th Street NW; Suite 900
Washington, DC  20005
Jason.idilbi@gopesgray.com

Ryan Morland Malone, Esq.
Ropes & Gray, LLP
700 12th Street NW; Suite 900
Washington, DC  20005
Ryan.malone@ropesgray.com
*Attorneys for Plaintiff*

Douglas Harry Hallward-Driemeier, Esq.
Ropes & Gray, LLP
700 12th Street NW; Suite 900
Washington, DC  20005
douglas.hallward-driemeier@ropesgray.com
*Attorneys for Plaintiff*

David O. Stewart, Esq.
Ropes & Gray, LLP
700 12th Street NW; Suite 900
Washington, DC 20005
david.stewart@ropesgrapy.com
*Attorneys for Plaintiff*

Bradley E. Heard, Esq.
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
bheard@advancementproject.org

Chhaya Malik Bhalotra, Esq.
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
cbhalotra@advancementproject.org

Teresa James, Esq.
Project Vote
737 ½ 8th Street, S.E.
Washington, D.C. 20003
tjames@projectvote.org

Yolanda Sheffield, Esq.
Project Vote
737 ½ 8th Street, S.E.
Washington, D.C. 20003
ysheffield@projectvote.org

Stephen M. Hall, Esq.
Assistant Attorney General III
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Shall@oag.state.va.us
*Attorney for Defendant Nancy Rodrigues*

_____/s/_____
Jeff W. Rosen, Esq.
Virginia Bar No. 22689
*Attorney for Elisa Long*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia 23462
Phone: (757) 490-6253
Fax: (757) 497-1914
Email: jrosen@pendercoward.com

P:\DOCS\06750\48273\DF2180.DOC

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

PROJECT VOTE/VOTING FOR          :
                                 :
            Plaintiff,           :
                                 :
v.                               :    Case No.: 2:10cv75
                                 :
ELISA LONG and NANCY RODRIGUES,  :
                                 :
            Defendants.          :

## ANSWER AND AFFIRMATIVE DEFENSE OF DEFENDANT ELISA LONG

Defendant, Elisa Long, by counsel, for her answer to plaintiff's Complaint states:

## ANSWER

1-3.  Denied. Defendant denies the allegations of these paragraphs as conclusions of law.

4.  Admitted in part; Denied in part. Defendant admits only that she denied plaintiff access to rejected voter applications in accordance with her interpretation of the applicable law. Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the remaining allegations and therefore denies same.

5-6.  Denied. The allegations of these paragraphs are denied to the extent they are inconsistent with Virginia law.

7-9.  Denied. The allegations of these paragraphs are denied to the extent they are inconsistent with federal law.

10-11. Denied. The allegations of these paragraphs are denied to the extent that they are inconsistent with Virginia law.

12. Denied.

13. Denied.

14. Denied. Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the allegations of this paragraph and therefore denies same.

15-17. Denied. The documents referenced in these paragraphs speak for themselves.

18. Denied. Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the allegations of this paragraph and therefore denies same.

19. Admitted.

20-22. Denied. Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the allegations of these paragraphs and therefore denies same.

23. Admitted in part and denied in part. The defendant admits the allegations of the first sentence in paragraph 23 and denies the allegations in the second sentence.

24-25. Denied.

26. Defendant incorporates by reference her responses to paragraphs 1 – 25 as if set forth at length.

27-28. Denied as a conclusion of law.

2

29-31. Denied.

32. Any paragraph of the complaint not specifically addressed is hereby denied.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

2. Article I, § 4 of the United States Constitution gives Virginia the right to regulate the administration of elections in Virginia in a manner consistent with federal law.

The defendant reserves the right to present other defenses as they become known during the course of this litigation.

ELISA LONG


By:_____/s/_____
                Of Counsel

Jeff W. Rosen, Esquire
Virginia Bar No. 22689
*Attorney for Elisa Long*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia  23462
Phone:  (757) 490-6253
Fax:  (757) 497-1914
Email:  jrosen@pendercoward.com

3

Lisa Ehrich, Esquire
Virginia Bar No. 32205
*Attorney for Elisa Long*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia  23462
Phone:  (757) 490-6253
Fax:  (757) 497-1914
Email:  lehrich@pendercoward.com


CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2010, I electronically filed the foregoing **ANSWER AND AFFIRMATIVE DEFENSE OF DEFENDANT ELISA LONG** with the clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Augustine Martin Ripa, Esq.
Ropes & Gray, LLP
700 12th Street NW; Suite 900
Washington, DC  20005
Augustine.ripa@ropesgray.com

Jason Gassan Idilbi, Esq.
Ropes & Gray, LLP
700 12th Street NW; Suite 900
Washington, DC  20005
Jason.idilbi@gopesgray.com

Ryan Morland Malone, Esq.
Ropes & Gray, LLP
700 12th Street NW; Suite 900
Washington, DC  20005
Ryan.malone@ropesgray.com
*Attorneys for Plaintiff*

Douglas Harry Hallward-Driemeier, Esq.
Ropes & Gray, LLP
700 12th Street NW; Suite 900
Washington, DC  20005
douglas.hallward-driemeier@ropesgray.com
*Attorneys for Plaintiff*

4

David O. Stewart, Esq.
Ropes & Gray, LLP
700 12th Street NW; Suite 900
Washington, DC  20005
david.stewart@ropesgrapy.com
*Attorneys for Plaintiff*

Bradley E. Heard, Esq.
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC  20005
bheard@advancementproject.org

Chhaya Malik Bhalotra, Esq.
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC  20005
cbhalotra@advancementproject.org

Teresa James, Esq.
Project Vote
737 ½ 8th Street, S.E.
Washington, D.C. 20003
tjames@projectvote.org

Yolanda Sheffield, Esq.
Project Vote
737 ½ 8th Street, S.E.
Washington, D.C. 20003
ysheffield@projectvote.org

Stephen M. Hall, Esq.
Assistant Attorney General III
Office of the Attorney General
900 East Main Street
Richmond, Virginia  23219
Shall@oag.state.va.us
*Attorney for Defendant Nancy Rodrigues*

5

```
                            /s/
                    _____
                    Jeff W. Rosen, Esq.
                    Virginia Bar No. 22689
                    *Attorney for Elisa Long*
                    Pender & Coward
                    222 Central Park Avenue
                    Virginia Beach, Virginia  23462
                    Phone:  (757) 490-6253
                    Fax:  (757) 497-1914
                    Email:  jrosen@pendercoward.com
```

P:\DOCS\06750\48273\DF2180.DOC

6