COMMONWEALTH OF VIRGINIA

# SAMPLE BALLOT

COUNTY OF WISE

## SPECIAL ELECTION

Tuesday, April 5, 2011

### Member
### School Board
### District Four

For unexpired term to end
December 31, 2011

(Vote for not more than one)

☐ Larry D. Greear

☐ Jess Roy Powers

Authorized by Electoral Board of the
County of Wise
P. O. Box 309 • Wise, VA 24293-0309

> The authority statement printed above **must be removed and replaced** with the appropriate authority statement for the candidate, committee, individual or group using this ballot for their own purposes. The authority statement used for this ballot must comply with the requirements of either federal or state law, as appropriate. For state requirements, see §24.2-956.1 of the *Code of Virginia*. For federal requirements, call the Federal Election Commission, 1-800-424-9530.

COMMONWEALTH OF VIRGINIA

# SAMPLE BALLOT

COUNTY OF WISE

## SPECIAL ELECTION

Tuesday, April 5, 2011

### Member
### School Board
### District Four

For unexpired term to end
December 31, 2011

(Vote for not more than one)

☐ Larry D. Greear

☐ Jess Roy Powers

Authorized by Electoral Board of the
County of Wise
P. O. Box 309 • Wise, VA 24293-0309

> The authority statement printed above **must be removed and replaced** with the appropriate authority statement for the candidate, committee, individual or group using this ballot for their own purposes. The authority statement used for this ballot must comply with the requirements of either federal or state law, as appropriate. For state requirements, see §24.2-956.1 of the *Code of Virginia*. For federal requirements, call the Federal Election Commission, 1-800-424-9530.



# PROVISIONAL VOTER NOTICE
## § 24.2-653, Code of Virginia

*The officer of election must give this notice to every voter completing a provisional ballot at the polling place. The officer must also check the provisional reason(s) below that correspond to the voter's provisional ballot envelope.*

Dear Voter,

You voted a provisional ballot today for the reason(s) checked below. Your local electoral board will determine which provisional ballots should be counted. The meeting will begin at _____ o'clock on Wednesday, _____ at _____. You have the right to attend the meeting to present any information that might prove you are a qualified registered voter of this precinct; you may also request an extension of the meeting to the next day in order to provide such information. If you have any questions, call the general registrar's office at _____. If the electoral board cannot determine that you are a qualified registered voter of this precinct, then your ballot will not be counted. After the completion of the vote count, you can find out if your ballot was counted by calling the toll-free number: **866-839-2556** asking for locality #_____.

❑ **Name not on pollbook** (Reasons #1 and #2 on provisional ballot envelope)
Your name did not appear on the list of persons registered to vote in this precinct and the general registrar either could not determine your qualifications to vote or could not be reached. Since you told the election officer that you are qualified and registered to vote in this precinct you have been given a provisional ballot to vote.

To count your ballot, the electoral board must determine that you <u>are or should have been</u> registered for this election and are qualified to vote in this precinct.

If you applied for registration at a DMV or another government agency, please provide the agency name, location and approximate date to the officer of election. If you have a registration receipt from an agency, please provide the information to the officer while you are at the polls, or call your local general registrar before the meeting listed above. If it is proven that you attempted to register before the close of books at a DMV office or another National Voter Registration Act designated agency (and <u>only</u> at these offices), the registrar will use the <u>voter registration application you completed and turned in at the polls today</u> to determine your qualifications to be registered, which may result in your ballot being counted.

If your registration was cancelled and you believe this was in error, you may provide information to this effect to the general registrar before the meeting listed above, or attend to present your information.

The general registrar will notify you in writing if you are not properly registered.

❑ **HAVA ID** – <u>Federal Elections ONLY</u> (Reason #3)
Our records indicate that you registered by mail, are voting for the first time in a federal election and did not show one of the forms of ID required by federal law (the Help America Vote Act of 2002, or HAVA). Acceptable forms of HAVA ID are: your current and valid photo identification; or a copy of a current utility bill, bank statement, paycheck, government check or other government document that shows your name and address.

Your <u>fully completed and signed</u> provisional ballot envelope with the statement of voter satisfies the requirement that voters without required HAVA-ID vote by provisional ballot. If you are otherwise registered and qualified to vote in this precinct, your ballot will be counted.

❑ **Voted after normal poll closing** (Reason #4)
You were required to vote a provisional ballot because you voted after the normal poll closing time due to a court order extending the voting hours established by state law.

If the court order has not been overturned when the ballots are ready to be counted, and you are otherwise registered and qualified to vote in this precinct, your ballot will be counted. If another provisional reason also applies to you, please see that reason.

❑ **Absentee ballot lost or not received** (Reason #5)
You were required to vote a provisional ballot because our records show that you were issued an absentee ballot but it had not been returned prior to election day, either marked or unmarked. You offered to vote in your regular polling place, indicating that your absentee ballot was lost or had not been received.

If you are otherwise registered and qualified to vote in this precinct, your provisional ballot will be counted after the electoral board verifies that your absentee ballot was not received and counted.

# Virginia Voter Registration Application Form

| | |
|---|---|
| Instructions | **You are not officially registered to vote until this application is approved.** You should receive a Voter Card in the mail. If you do not receive this acknowledgement within 30 days after mailing this form, please contact your city or county voter registration office or the State Board of Elections. If you are already registered to vote with your current name and address, you do not need to re-register. If you have any questions regarding your voter registration status, please call your local Voter Registration Office. |
| Identification Requirement | *For Registration*<br>If you are registering for the first time by mail, federal law (the Help America Vote Act) requires you to provide identification. To avoid delays, please **enclose a copy of one of the following documents** that shows your **name and address** with your application: (1) current and valid photo ID, (2) current utility bill, (3) bank statement, (4) government check, (5) paycheck, or (6) other government document. You can also present this required identification at the polls but may experience delays.<br><br>*For Voting*<br>Virginia law requires every voter voting in person to show identification or sign a statement, subject to felony penalties for false statements pursuant to §24.2-1016, that the person is the named registered voter. |
| Mailing Instructions | · Place completed application in an envelope.<br>· Write your name and return address on envelope.<br>· Write the address of the voter registration office for the county or city where you live. List provided on the next page.<br>· Must be **postmarked** at least 22 days before the next Primary or General Election in which you plan to vote. |

**Privacy Act Notice:** Article II, Section 2 of the Constitution of Virginia (1971) requires that a person registering to vote provide his or her social security number, if any. Therefore, if you do not provide your social security number, your application for voter registration will be denied. Section 7 of the Federal Privacy Act (Public Law Number 93-579) allows the Commonwealth to enforce this requirement, but also requires that you be advised that state and local voting officials will use the social security number as a unique identifier to ensure that no person is registered in more than one place. This registration card will not be open to inspection by the public. Your social security number will appear on reports produced only for official use by voter registration and election officials, and for jury selection purposes by courts.

**WARNING: INTENTIONALLY VOTING MORE THAN ONCE IN AN ELECTION OR MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM CONSTITUTES THE CRIME OF ELECTION FRAUD, WHICH IS PUNISHABLE UNDER VIRGINIA LAW AS A FELONY. VIOLATORS MAY BE SENTENCED TO UP TO 10 YEARS IN PRISON, OR UP TO 12 MONTHS IN JAIL AND/OR FINED UP TO $2,500.**

List of Voter Registration Offices
(General Registrar) as of 2/1/2010

**Accomack County**
PO Box 97
Accomac, VA 23301-0097
(757) 787-2935

**Albemarle County**
PMB 404, 536 Pantops Center
Charlottesville, VA 22911
(434) 972-4173

**Alexandria City**
132 North Royal St, Ste. 100
Alexandria, VA 22314-3283
(703) 746-4050

**Alleghany County**
110 Rosedale Ave, Ste. D
Covington, VA 24426-1294
(540) 965-1690

**Amelia County**
PO Box 481
Amelia, VA 23002-0481
(804) 561-3460

**Amherst County**
PO Box 550
Amherst, VA 24521-0550
(434) 946-9315

**Appomatox County**
PO Box 8
Appomatox, VA 24522-0008
(434) 352-5302

**Arlington County**
2100 Clarendon Blvd, Ste. 320
Arlington, VA 22201-5400
(703) 228-3456

**Augusta County**
PO Box 590
Verona, VA 24482-0590
(540) 245-5656

**Bath County**
PO Box 157
Warm Springs, VA 24484-0157
(540) 839-7266

**Bedford County**
County Admin Building
122 East Main St, Ste. 204
Bedford, VA 24523-2000
(540) 586-7649

**Bedford City**
215 East Main St
Bedford, VA 24523-2012
(540) 587-6007

**Bland County**
PO Box 535
Bland, VA 24315-0535
(276) 688-4441

**Botetourt County**
PO Box 62
Fincastle, VA 24090-0062
(540) 473-8235

**Bristol City**
300 Lee St
Bristol, VA 24201-4327
(276) 645-7318

**Brunswick County**
100 Tobacco St, Rm. 103
Lawrenceville, VA 23868-1823
(434) 848-4414

**Buchanan County**
PO Box 975
Grundy, VA 24614-0975
(276) 935-6534

**Buckingham County**
PO Box 222
Buckingham, VA 23921-0222
(434) 969-4304

**Buena Vista City**
2039 Sycamore Ave
Buena Vista, VA 24416-3133
(540) 261-8605

**Campbell County**
PO Box 103
Rustburg, VA 24588-0103
(434) 332-9579

**Caroline County**
PO Box 304
Bowling Green, VA 22427-0304
(804) 633-9083

**Carroll County**
Governmental Center
605-3 Pine St, B 110
Hillsville, VA 24343-1404
(276) 730-3035

**Charles City County**
PO Box 146
Charles City, VA 23030-0146
(804) 652-4606

**Charlotte County**
PO Box 118
Charlotte CH, VA 23923-0118
(434) 542-5856

**Charlottesville City**
PO Box 911
Charlottesville, VA 22902-0911
(434) 970-3250

**Chesapeake City**
411 Cedar Rd
Chesapeake, VA 23322-5566
(757) 277-9797

**Chesterfield County**
PO Box 1690
Chesterfield, VA 23832-1690
(804) 748-1471

**Clarke County**
PO Box 555
Berryville, VA 22611-0555
(540) 955-5168

**Colonial Heights City**
PO Box 3401
Colonial Heights, VA 23834-9001
(804) 520-9277

**Covington City**
1011A North Rockbridge Ave
Covington, VA 24426-1534
(540) 965-6380

**Craig County**
PO Box 8
New Castle, VA 24127-0008
(540) 864-6190

**Culpeper County**
151 N Main St
Culpeper, VA 22701
(540) 825-0652

**Cumberland County**
PO Box 125
Cumberland, VA 23040-0008
(804) 492-4504

**Danville City**
515 Main St
Danville, VA 24541-1317
(434) 799-6560

**Dickenson County**
PO Box 1306
Clintwood, VA 24228-1306
(276) 926-1620

**Dinwiddie County**
PO Box 365
Dinwiddie, VA 23841-0365
(804) 469-4512

**Emporia City**
PO Box 1092
Emporia, VA 23847-1092
(434) 634-9533

**Essex County**
PO Box 1561
Tappahannock, VA 22560-1561
(804) 443-4611

**Fairfax County**
12000 Govt Ctr Pkwy, Ste. 323
Fairfax, VA 22035-0081
(703) 222-0776

**Fairfax City**
10455 Armstrong St
Sisson House
Fairfax, VA 22030-3640
(703) 385-7890

**Falls Church City**
300 Park Ave, Rm 101E
Falls Church, VA 22046-3332
(703) 248-5085

**Fauquier County**
32 Waterloo St, Ste. 207
Warrenton, VA 20186-3238
(540) 347-6972

**Floyd County**
100 East Main St, Rm. 302
Floyd, VA 24091-2101
(540) 745-9350

**Fluvanna County**
PO Box 44
Palmyra, VA 22963-0044
(434) 589-3593

**Franklin County**
70 East Court St, Ste. 302
Rocky Mount, VA 24151-1720
(540) 483-3025

**Franklin City**
PO Box 42
Franklin, VA 23851-0042
(757) 562-8545

**Frederick County**
107 North Kent St, Ste. 102
Winchester, VA 22601-5000
(540) 665-5660

**Fredericksburg City**
Executive Plaza
601 Caroline St, Ste. 100
Fredericksburg, VA 22401
(540) 372-1030

**Galax City**
PO Box 1045
Galax, VA 24333-1045
(276) 236-7509

**Giles County**
120 North Main St, Ste. 3
Pearisburg, VA 24134-1625
(540) 921-2802

**Gloucester County**
PO Box 208
Gloucester, VA 23061-0208
(804) 693-3659

**Goochland County**
PO Box 1013
Goochland, VA 23063-1013
(804) 556-5803

**Grayson County**
PO Box 449
Independence, VA 24348-0449
(276) 773-2842

**Greene County**
PO Box 341
Stanardsville, VA 22973-0341
(434) 985-5213

**Greensville County**
PO Box 1092
Emporia, VA 23847-1092
(434) 348-4228

**Halifax County**
PO Box 400
Halifax, VA 24558-0400
(434) 476-3322

**Hampton City**
1919 Commerce Dr, Ste. 280
Hampton, VA 23666
(757) 727-6218

**Hanover County**
PO Box 419
Hanover, VA 23069-0419
(804) 365-6080

**Harrisonburg City**
P.O. Box 20031
Harrisonburg, VA 22801
(540) 432-7707

**Henrico County**
PO Box 90775
Henrico, VA 23273-0775
(804) 501-4347

**Henry County**
PO Box 7
Collinsville, VA 24078-0007
(276) 638-5108

**Highland County**
PO Box 386
Monterey, VA 24465-0386
(540) 468-2013

**Hopewell City**
309 North 2nd Ave
Hopewell, VA 23860-2704
(804) 541-2232

**Isle of Wight County**
PO Box 77
Isle of Wight, VA 23397-0077
(757) 365-6230

**James City County**
PO Box 3567
Williamsburg, VA 23187-3567
(757) 253-6868

**King & Queen County**
PO Box 56
King & Queen CH, VA 23085-0056
(804) 785-5980

**King George County**
PO Box 1359
King George, VA 22485-1359
(540) 775-9186

**King William County**
PO Box 173
King William, VA 23086-0173
(804) 769-4952

**Lancaster County**
PO Box 159
Lancaster, VA 22503-0159
(804) 462-5277

**Lee County**
PO Box 363
Jonesville, VA 24263-0363
(276) 346-7780

**Lexington City**
PO Box 922
Lexington, VA 24450-0922
(540) 462-3706

**Loudoun County**
801 Sycolin Rd, SE, Ste. 102
Leesburg, VA 20175-5686
(703) 777-0380

**Louisa County**
PO Box 220
Louisa, VA 23093-0220
(540) 967-3427

**Lunenberg County**
160 Courthouse Sq
Lunenberg, VA 23952-9999
(434) 696-3071

**Lynchburg City**
3236 Odd Fellows Rd
Lynchburg, VA 24501
(434) 847-1609

**Madison County**
PO Box 267
Madison, VA 22727-0267
(540) 948-6533

**Manassas City**
9025 Center St
Manassas, VA 20110-5403
(703) 257-8230

**Manassas Park City**
City Hall, 1 Park Center Ct
Manassas Park, VA 20111-2395
(703) 335-8806

**Martinsville City**
PO Box 1323
Martinsville, VA 24114-1323
(276) 403-5122

**Mathews County**
PO Box 328
Mathews, VA 23109-0328
(804) 725-3200

**Mecklenburg County**
PO Box 436
Boydton, VA 23917-0436
(434) 738-6191

**Middlesex County**
PO Box 358
Saluda, VA 23149-0358
(804) 758-4420

**Montgomery County**
755 Roanoke St, Ste. 1F
Christiansburg, VA 24073-3175
(540) 382-5741

**Nelson County**
PO Box 292
Lovingston, VA 22949-0292
(434) 263-4068

**New Kent County**
PO Box 128
New Kent, VA 23124-0128
(804) 966-9699

**Newport News City**
2400 Washington Ave
Newport News, VA 23607-4305
(757) 926-8683

**Norfolk City**
PO Box 1531
Norfolk, VA 23501-1531
(757) 664-4353

**Northampton County**
PO Box 510
Eastville, VA 23347-0510
(757) 678-0480

**Northumberland County**
PO Box 84
Heathsville, VA 22473-0084
(804) 580-4655

**Norton City**
PO Box 225
Norton, VA 24273-0225
(276) 679-1162

**Nottoway County**
PO Box 24
Nottoway, VA 23955-0024
(434) 645-8148

**Orange County**
146 Madison Rd, Ste. 204
Orange, VA 22960-1449
(540) 672-5262

**Page County**
117 South Court St
Luray, VA 22835-1289
(540) 743-3986

**Patrick County**
PO Box 635
Stuart, VA 24171-0635
(276) 694-7206

**Petersburg City**
PO Box 1031
Petersburg, VA 23804-1031
(804) 733-2380

**Pittsylvania County**
110 Old Chatham Elementary Ln
Chatham, VA 24531
(434) 432-7971

**Poquoson City**
500 City Hall Ave, Rm. 139
Poquoson, VA 23662-1996
(757) 868-3070

**Portsmouth City**
801 Crawford St, 1st Fl
Portsmouth, VA 23704-3822
(757) 393-8644

**Powhatan County**
3834 Old Buckingham Rd, Ste. G
Powhatan, VA 23139-7051
(804) 598-5604

**Prince Edward County**
PO Box J
Farmville, VA 23901
(434) 392-4767

**Prince George County**
PO Box 34
Prince George, VA 23875-0034
(804) 722-8748

**Prince William County**
9250 Lee Ave, Suite 1
Manassas, VA 20110-5554
(703) 792-6470

**Pulaski County**
52 West Main St, Ste. 300
Pulaski, VA 24301-5045
(540) 980-2111

**Radford City**
West End Professional Building
519 2nd St. Lower Level
Radford, VA 24141
(540) 731-3639

**Rappahannock County**
PO Box 236
Washington, VA 22747-0236
(540) 675-5380

**Richmond County**
PO Box 1000
Warsaw, VA 22572-1000
(804) 333-4772

**Richmond City**
PO Box 61037
Richmond, VA 23261-1037
(804) 646-5950

**Roanoke County**
PO Box 20884
Roanoke, VA 24018-0089
(540) 772-7500

**Roanoke City**
PO Box 1095
Roanoke, VA 24005-1095
(540) 853-2281

**Rockbridge County**
150 South Main St
Lexington, VA 24450
(540) 463-7203

**Rockingham County**
20 E. Gay St
Harrisonburg, VA 22802-4108
(540) 564-3055

**Russell County**
PO Box 383
Lebanon, VA 24266-0383
(276) 889-8006

**Salem City**
PO Box 203
Salem, VA 24153-0203
(540) 375-3034

**Scott County**
PO Box 1892
Gate City, VA 24251-3417
(276) 386-3843

**Shenandoah County**
600 North Main St, Ste. 103
Woodstock, VA 22664-1855
(540) 459-6195

**Smyth County**
121 Bagley Cir, Ste. 108
Marion, VA 24354
(276) 783-4511

**Southampton County**
PO Box 666
Courtland, VA 23837-0666
(757) 653-9280

**Spotsylvania County**
PO Box 133
Spotsylvania, VA 22553-0133
(540) 507-7380

**Stafford County**
PO Box 301
Stafford, VA 22555-0301
(540) 658-4000

**Staunton City**
PO Box 58
Staunton, VA 24402-0058
(540) 332-3840

**Suffolk City**
PO Box 1966
Suffolk, VA 23439-1966
(757) 514-7750

**Surry County**
PO Box 264
Surry, VA 23883-0264
(757) 294-5213

**Sussex County**
PO Box 1302
Sussex, VA 23884-0302
(434) 246-1047

**Tazewell County**
PO Box 201
Tazewell, VA 24651-0201
(276) 988-1305

**Virginia Beach City**
PO Box 6247
Virginia Beach, VA 23456-0247
(757) 385-8683

**Warren County**
220 North Commerce Ave, Ste. 700
Front Royal, VA 22630
(540) 635-4327

**Washington County**
25552 Lee Hwy, Ste. 1
Abingdon, VA 24211-7466
(276) 676-6227

**Waynesboro City**
250 S. Wayne Ave, Ste 205
Waynesboro, VA 22980
(540) 942-6620

**Westmoreland County**
PO Box 354
Montross, VA 22520-0354
(804) 493-8898

**Williamsburg City**
PO Box 3538
Williamsburg, VA 23187-3538
(757) 220-6157

**Winchester City**
107-A N. East Lane
Winchester, VA 22601-5045
(540) 545-7910

**Wise County**
PO Box 309
Wise, VA 24293-0309
(276) 328-8331

**Wythe County**
245 South Fourth St, Ste. 101
Wytheville, VA 24382-2598
(276) 223-6038

**York County**
PO Box 451
Yorktown, VA 23690-0451
(757) 890-3440

# Virginia Voter Registration Application Form

→ Use this form to register to vote in Virginia or report a change in name or address. If you are already registered with your current name and address, you do not need to re-register.

**To register to vote in Virginia, you must:**

- Be a **United States citizen**
- Be a **resident of Virginia**
- Be **18 years old by the next general election**
- Have **had your voting rights restored** if you have ever been convicted of a felony
- Have **had your capacity restored** if you have ever been declared mentally incapacitated in a Circuit Court

→ **Starred (*) items are required.** If you do not complete all of the items that are marked with *, your application may be denied. Once your local registrar approves your application, you will receive a voter card **by mail**.

**1** | *Are you a citizen of the United States of America? ☐ YES ☐ NO | *Will you be at least 18 years of age on or before the next General Election day? ☐ YES ☐ NO | If you checked "NO" in response to either of these questions, do not complete this form.

**2** | *Social Security Number | ☐ Male ☐ Female *Gender | *Date of Birth (MM/DD/YYYY) | Daytime Telephone Number

*Last Name | *First Name | *Full Middle or Maiden Name ☐ None | *Suffix (Jr., Sr., III, Etc.) ☐ None

**3** | *Residence (Permanent) Home Address | Apt/Unit/Lot/Rm/Ste | City/Town | Zip Code

If Rural Address or Homeless, please describe where you reside | E-mail address

Mailing Address (*If different*)/ Virginia P.O.Box or Uniformed Service Address, if applicable (*include Zip Code*) | ☐ City or ☐ County Name of City or County of Residence

**4** | *Have you ever been convicted of a felony? ☐ YES ☐ NO    State where convicted _____
If *YES*, have your voting rights been restored? ☐ YES ☐ NO   If *YES*, when restored? MM/DD/YYYY

**5** | *Have you ever been judged mentally incapacitated? ☐ YES ☐ NO
If *YES*, has court restored you to capacity? ☐ YES ☐ NO   If *YES*, when restored? MM/DD/YYYY

**6** | **Registration Statement:** I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation (entered in Box 7 below) of my current registration and I have read the Privacy Act Notice on the front of this form.

→ *Signature (or mark if unable to sign) _____    MM/DD/YYYY

If applicant is unable to sign due to a physical disability, write the name/address of person who assisted. (Required). ☐ Check/describe if you have a disability that requires accommodation in order to vote.

☐ I'm interested in being an Election Official on Election Day. Please send me information. | You may request that your home address not be released if you or member of your household are (a) **active or retired law enforcement**, or (b) have been granted a **protective court order**, or (c) are in fear of your personal safety from someone who has **threatened or stalked** you and have filed a complaint against that person with a magistrate or law enforcement (must attach copy of complaint) or (d) participate in the **Address Confidentiality Program**. You must show a Virginia P.O. box under mailing address in Box 3 above.  ☐ Law Enforcement  ☐ Protective Order  ☐ Threatened/Stalked  ☐ Address Confidentiality Program

**7** | ***Previous Voter Registration Information**—Commonwealth of Virginia

☐ No, I am not currently registered to vote in Virginia or another state.

☐ Yes, I am registered to vote at another address in Virginia or in another state. **If YES, the information below must be completed:**

Full Name as Registered | Date of Birth (MM/DD/YYYY) | Social Security Number (last 4 digits required)

Address at which you were previously registered to vote | City/Town | State | Zip Code

City/County/Town of Residence (if applicable). This cancellation information will be sent to the county or city and state you entered above.

# Virginia Voter Registration Application Receipt

Name of Applicant ______________________

Date M M / D D / Y Y Y Y

Name of group or individual receiving application ______________________

E-mail address ______________________

Daytime telephone number of group or individual receiving application ___ - ___ - ____

No receipt is required for application completed in the Voter Registration Office.

If you have not received a Voter Card within thirty (30) days of submitting a Voter Registration Application, please **contact the Virginia State Board of Elections.**

On-line: www.sbe.virginia.gov
Voice: 800 · 552 · 9745
TTY: 800 · 260 · 3466
Richmond local: 804 · 864 · 8901

## For Office Use Only

| Registration date | PCT | Town code | Denial date & reason | Date changed |
|---|---|---|---|---|
| | | | | |

New Last Name ______________ New First, Middle/Maiden Name and Suffix ______________ Date changed ______________

| Other changes | New PCT | Authorized by | Date changed |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ Deceased ______________ ☐ Judged Incapacitated ______________ ☐ Transferred Out ______________

☐ Out of State ______________ ☐ Error Deleted ______________ ☐ Re-Registered ______________

☐ Personal Request ______________ ☐ NVRA Cancel ______________ ☐ Inactive Status ______________

☐ Convicted of a Felony ______________ ☐ Reactivated ______________

Notes

VA-NVRA-1 2/10

# PROVISIONAL VOTE

[PLACE VOTED BALLOT IN THIS ENVELOPE]

_____
NUMBER/NAME OF PRECINCT

**PRINT VOTER INFORMATION BELOW. ALL INFORMATION MUST BE GIVEN.**

_____  ☐ None _____  ☐ None _____
FIRST NAME                FULL MIDDLE, OR MAIDEN, OR ANY PRIOR LEGAL NAME                LAST NAME                SUFFIX, IF ANY

_____  _____
COMPLETE RESIDENCE ADDRESS [INCLUDING ZIP CODE]                  DATE MOVED HERE

_____
IF ONE, RESIDENCE POST OFFICE BOX OR UNIFORMED SERVICES ADDRESS [INCLUDING ZIP CODE]

                    ☐ Male  ☐ Female
_____  _____  _____  _____
SOCIAL SECURITY NUMBER  GENDER  BIRTHDATE      AREA CODE  DAYTIME TELEPHONE NUMBER, IF ONE

**Privacy Act Notice:** This form requires your social security number for identification and to prevent fraud. Your application will be denied if you fail to provide your social security number or any other information necessary to determine your qualification to vote. Federal law (the Privacy Act and Help America Vote Act) and state law (the Virginia Constitution, Article II, § 2, Title 24.2 of the Code of Virginia and the Government Data Collection and Dissemination Support Act) authorize collecting this information and restrict its use to official purposes only.

SBE-653 REV 7/08

**OFFICER OF ELECTION:** Use this envelope only when (A) the name of the voter **IS NOT** on the pollbook and you either have no way to contact the General Registrar or the General Registrar authorizes its use or (B) the voter's name **IS** on the pollbook but voter meets conditions 3, 4 or 5 below. Have voter complete the reverse side. Read the statement below to the voter and have the voter verify the information and sign. You also must sign. Voter must vote a paper ballot **and** seal the voted ballot in this envelope. Enter voter's information in Precinct Provisional Ballots Log.
Do NOT mark pollbook. Electoral Board will determine voter qualification.

**STATEMENT OF VOTER** - I hereby make the following statement, under felony penalty of law. I am qualified and registered to vote in this precinct, and [check box(es) that apply]:

**A. VOTER'S NAME IS NOT ON POLLBOOK**

1. ☐ I am now or have been an actual resident of this precinct at some time since the November general election last year.    **OR**
2. ☐ I have been an actual resident of this precinct at some time since the second preceding general federal election, I am now an actual resident of this county or city, and my present residence is in the same congressional district as this precinct.

**B. OTHER REASON(S) STATED BELOW**

3. ☐ I registered by mail on or after January 1, 2003, am voting for the first time in a federal election, and did not show one of the forms of identification required by federal law. (Voter's name **IS** on pollbook.)    **OR**
4. ☐ I am voting after the normal poll closing time due to a court order extending the time established by state law for closing the polls.   (Reasons 1, 2, 3 or 5 also may apply to this voter.)
5. [check one] ☐ I applied for but did **not** receive my absentee ballot    **OR**    ☐ I applied for and received but **lost** my absentee ballot. (Reasons 3 or 4 also may apply to this voter.)

To the best of my knowledge, I am not disqualified from voting by the Constitution and laws of this Commonwealth and my registration is not subject to cancellation. The information given on the reverse side of this envelope is true and correct and I have not voted and will not vote in this election at any other time or place.

**WARNING: INTENTIONALLY MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM CONSTITUTES THE CRIME OF ELECTION FRAUD, WHICH IS PUNISHABLE UNDER VIRGINIA LAW AS A FELONY. VIOLATORS MAY BE SENTENCED TO UP TO 10 YEARS IN PRISON, OR UP TO 12 MONTHS IN JAIL AND/OR FINED UP TO $2,500.**

SIGNATURE OF OFFICER OF ELECTION _____     SIGNATURE OF VOTER _____

☐ CHECK IF VOTER SIGNED AFFIRMATION OF IDENTITY STATEMENT     DATE _____