# Commonwealth of Virginia
## State Board Of Elections
## Cancellations - Other
### 710 - NORFOLK CITY



EXHIBIT 1A

## Miscellaneous

February 2011

| PCT | Name / Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0101 | ATCHLEY, STEWART L. — Norfolk, VA 23505-3247 | 919793205 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0101 | BELDIN, ROSLYN G. — Norfolk, VA 23505-3214 | 031004477 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0101 | ERRIGO, JAMES — Norfolk, VA 23505-3247 | 919858077 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0101 | HINES, VIVIAN A. — Norfolk, VA 23505-3248 | 917747432 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0101 | MORRIS, MOMTAZ E. — Norfolk, VA 23505-3201 | 919893270 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0101 | WILLIAMS, DOROTHY — Norfolk, VA 23505-3248 | 031005182 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0102 | MILLAN, RAYMOND L. — Norfolk, VA 23503-3354 | 918688730 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0203 | PAYNE, AMIE L. — Norfolk, VA 23507-1850 | 919625519 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0210 | CLAYMAN, DONNA D. — Norfolk, VA 23507-1723 | 221016759 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0210 | LAMBERT, JENNIFER A. — Norfolk, VA 23517-2042 | 918314871 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0210 | SCOTT, MICHAEL — Norfolk, VA 23517-2217 | 918801044 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0211 | BAGGS, DANIEL H. — Norfolk, VA 23510-1804 | 919700708 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0211 | BROWN, DANIEL A. Jr. — Norfolk, VA 23510-1804 | 917619408 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0211 | HARRISON, HARTWELL H. III — Norfolk, VA 23510-1804 | 918978011 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0301 | ASKEW, LEE V. — Norfolk, VA 23509-1914 | 022021180 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0303 | ELSCA, ELIZABETH T. — Norfolk, VA 23509-2330 | 023005947 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0303 | HUNTINGTON, JOSEPH C. Jr. — Norfolk, VA 23504-3104 | 918623578 | 2/13/2011 | Inactive Cancel - NVRA Purge |

Copyright 03/01/2011, Commonwealth of Virginia, State Board of Elections

Rept-ID: VO-050
Locality: 710
Precinct: ALL
District: ALL

# Commonwealth of Virginia
## State Board Of Elections
## Cancellations - Other
### 710 - NORFOLK CITY

Start Date: 02/13/2011
End Date: 02/13/2011

| Precinct | Name | Address | Voter ID | Date | Reason |
|---|---|---|---|---|---|
| 0310 | GRIMSTEAD, SHARON D. | - Norfolk, VA 23513-1867 | 917782735 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0313 | GREEN, ROBERT L. | - Norfolk, VA 23504-2246 | 920079046 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0411 | ROBINSON, EARL A. | - Norfolk, VA 23510 | 027020899 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0411 | SCHNEIDERS, PAUL A. | - Norfolk, VA 23510 | 919907801 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0411 | SEAY, EARL H. | - Norfolk, VA 23510 | 918646888 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0411 | STONA, JAMES T. | - Norfolk, VA 23510 | 919927231 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0501 | GREELY, JAMES W. | - Norfolk, VA 23503-3804 | 025010301 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0503 | PEREZ, EMANUEL | - Norfolk, VA 23518-1463 | 918412216 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0508 | PEVIA, ANTHONY R. | - Norfolk, VA 23503-3506 | 920189403 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0509 | ALLINDER, TERRY L. | - Norfolk, VA 23518-3116 | 918369467 | 2/13/2011 | Inactive Cancel - NVRA Purge |
| 0511 | FENTRESS, MARTIN N. | - Norfolk, VA 23503-5524 | 022010619 | 2/13/2011 | Inactive Cancel - NVRA Purge |

**Miscellaneous Total: 28**