# Virginia Election and Registration Information System

# VERIS



Step-by-Step Instructions

NVRA List Maintenance


EXHIBIT 1 C

# Table of Contents

Canceling Registrations Via the Purge Process ..................................................... 3
  Accessing the Registration Auto Cancel Page ................................................... 3
  Cancelling Registrations Via a Batch Process .................................................... 4
  Verifying Records Purged ................................................................................. 6
  Generating a Report of Purged Voters .............................................................. 9
  Reviewing the Cancellation Report ................................................................. 11

*transactions* ...



The Registration Auto Cancel page is displayed.



## Cancelling Registrations Via a Batch Process

1. On the Registration Auto Cancel page, if you are not a locality user, perform the following: ① *If you are a locality user, the field defaults to your locality and cannot be changed since you are allowed to cancel registrations for your own locality only.*

| To... | Then... |
|---|---|
| Add a locality to the list of localities for which to cancel registrations... | a. Click the locality in the **AVAILABLE** list box you want to add to the list.<br><br>b. Click the **SELECT** button.<br><br>The highlighted locality is moved from the **AVAILABLE** list box to the **SELECTED** list box. |
| Remove a locality from the list of localities for which to cancel registrations... | a. Click the locality in the **SELECTED** list box you want to remove from the list.<br><br>b. Click the **REMOVE** button. |

| To... | Then... |
|---|---|
|  | The highlighted locality is moved from the **SELECTED** list box to the **AVAILABLE** list box. |

2. Click the **CANCEL REGISTRATIONS** button.

   A notification is sent to your Hopper to notify you of the status of the cancellation process and number of records processed. Write down the total number of records processed to be compared with the statistical report at the end of the purging process.

   **Auto Cancel Registrations**

   Locality: ALBEMARLE COUNTY

   

   [ Cancel Registrations ]

   The Auto Cancel Registrations process has started. A message will appear in your hopper regarding the status of this process.

3. To view the notification, return to the Portal page and click the Notifications link in your Hopper.

   

The Hopper Notification Summary View page is displayed.

4. Click the link in the Date column of the data grid for the transaction you want to view.



The Hopper Notification Detail View page is displayed. Note the number of records processed.



5. To remove the notification from the system, click the **DELETE** button.

   The notification is removed from the system.

## Verifying Records Purged

1. If the Portal page is not already displayed, click the **HOME** option on the menu bar.

   The Portal page is displayed.

2. Rest your mouse on the **REPORTS** option on the menu bar.

   The Reports menu is expanded.

3. Click the **REPORTS LIBRARY** option in the Reports menu.

   The Reports Library page is displayed.

4. Select STATISTICS from the **CATEGORIES** drop-down list box.

   

5. Click the **SELECT CATEGORY** button.

   The system displays the list of available reports.

6. Click the **STATEWIDE STATISTICS BY LOCALITY** link.

   

   The system displays the following report criteria fields:

**Reports Library**

**Statewide Statistics by Locality**

Locality: Statewide
As of Date:*
Report Type: PDF
File Name: Statewide_Statistics_by_Locality
Scheduled Report: ☐

[ View/Print ] [ Cancel ]

- Select STATEWIDE from the **LOCALITY** drop-down list box.
- Enter the date you processed the purge function in the **AS OF DATE** field.
- Select PDF from the **REPORT TYPE** drop-down list box.

7. Click the **VIEW/PRINT** button to process the report.

    The system generates the report and displays it under Scheduled & Queued Reports in your Reports Hopper.

8. Perform one of the following:

| To... | Then... |
|---|---|
| Return to the Reports Library page... | Click the **RETURN** button. |

| To... | Then... |
|---|---|
| View the report... | a. Click the **HOME** option on the menu bar.<br><br>b. Locate the report under Scheduled & Queued Reports in your Reports Hopper.<br><br>c. Open the report and print a copy.<br><br>d. Compare the figures on the report to those received on the notification summary when you generated the batch process. |

## Generating a Report of Purged Voters

The Cancellation - Other report lists individuals who have been marked as canceled in the Virginia Election Registration Information System (VERIS) due to the NVRA purge process. These individuals have been inactive since prior to the last two federal elections and have not voted, responded, etc., as required to remain on the registered voters rolls under §24.2-428.2. The voters also appear on your E & V Report. SBE will notify you when you should run this report and the dates you should enter based on the runtime of the NVRA purge process.

1. If the Portal page is not already displayed, click the **HOME** option on the menu bar.

   The Portal page is displayed.

2. Rest your mouse on the **REPORTS** option on the menu bar.

   The Reports menu is expanded.

3. Click the **REPORTS LIBRARY** option in the Reports menu.

   

   The Reports Library page is displayed with the VOTER category already selected.

   **Reports Library**

   Categories: Voter          [Select Category]

4. Click the **SELECT CATEGORY** button.

   The list of available reports is displayed.

5. Click the **CANCELLATION - OTHER** link.

   **Reports Library**

   | Report Name |
   | --- |
   | Denied Registrations |
   | Error & Validation |
   | Transfer Out Registrations |
   | Transfer Out Summary |
   | Transfer In Registrations |
   | Transfer In Summary |
   | Name Change List |
   | Cancellation - Other |

   The report criteria fields are displayed.

   **Reports Library**
   **Cancellation - Other**

   | Field | Value |
   | --- | --- |
   | Locality: | Statewide |
   | Precinct: | |
   | District Type: | |
   | District: | |
   | Start Date:* | |
   | End Date:* | |
   | Report Type: | PDF |
   | File Name: | Cancellation_Other |
   | Scheduled Report: | ☐ |

   [ View/Print ] [ Cancel ]

   - Select **STATEWIDE** from the **LOCALITY** drop-down list box if you are an SBE user or your Locality (e.g., Chesterfield) if you are a GR.
   - You can leave the **PRECINCT**, **DISTRICT TYPE**, and **DISTRICT** fields blank.
   - Enter the date the purge function (as provided by SBE) was started in the **START DATE** field.
   - Enter the date the purge function (as provided by SBE) ended in the **END DATE** field.
   - Select PDF from the **REPORT TYPE** drop-down list box.

6. Click the **VIEW/PRINT** button to process the report.

   The system generates the report and displays it under Scheduled & Queued Reports in your Reports Hopper.

7. Perform one of the following:

| To... | Then... |
|---|---|
| Return to the Reports Library page... | Click the **RETURN** button. |
| View the report... | e. Click the **HOME** option on the menu bar.<br><br>b. Locate the report under Scheduled & Queued Reports in your Reports Hopper.<br><br>c. Open the report and print a copy. |

## Reviewing the Cancellation Report

In addition to those people purged, this report contains people with the following cancellation reasons: Ineligible, Other, Out of State, Per Choice, and Registrar Error. You are not required to post a listing of these people (see below), nor are you prohibited from posting this list. Therefore, it is your choice whether or not you cross out these people from your lists.

First, verify that the persons listed on the "E & V Report" and the "Cancellation - Other" have been inactive since prior to the last two federal elections.
Also, you must verify the individuals did not notify you of a change of address, respond to a confirmation notice or vote in a primary, a special or general election since becoming inactivated.

It may be necessary for you to verify that your "List of Those Who Voted" has been properly checked against the poll books and all voting credit corrections have been processed in VERIS. Also, it may be necessary for you to verify that all confirmation notices you have received have been processed in the VERIS.

If it appears that an individual should not be on the "E & V Report" and the "Cancellation - Other Report," you must:

- Draw a line through the name of any individual(s) who appear on the E & V Report in error, and
- In VERIS through the Voter/Change Status function, change status to "ACTIVE" for any such individual(s) and process all appropriate voting credit if necessary.

If there are any individuals who, according to your records, should be canceled, but whose name does not appear on the "E & V Report" and the "Cancellation - Other Report", you must:

- Add their names to the E & V Report and Cancellation - Other Report by hand; and
- Cancel them in the VERIS through the Voter/Change Status function as follows:
    - Select CANCELED from the **STATUS** drop-down list box.
    - Select INACTIVE CANCEL – NVRA PURGE from **NVRA STATUS REASON** drop-down list box.
    - Type NVRA PURGE in the reason field.

Having carefully verified the accuracy of the Cancellation - Other Report and correcting it where necessary, you are required by law to:

- Reprint the "Cancellation-Other Report" (Reports/Reports Library/Voter Category).
- Give a corrected copy of the report to each of the Chairs of your local Republican and Democratic committees.
- Either post at your courthouse or publish in a newspaper of general circulation a correct copy of the report.
- Keep a correct copy of the report in your office for public inspection.