# Commonwealth of Virginia
## State Board of Elections
### NCOA Confirmation Notices Sent Report (Public Report)
### Confirmation Notices Sent on 07/01/2010

\* = ADDRESS TO WHICH NOTICE MAILED

**LOCALITY 710**    NORFOLK CITY    # of locality records: 11991

| Voter ID | Address Type | Last/First/Mid/Suf Addresses | PCT | NCOA Date | As Requested | In Jurisdiction |
|---|---|---|---|---|---|---|
| 995003502 | | ABADAM, FLORENCE EBUEN | 0106 | | AR | |
| | NCOA ADDR | MANUAL CONFIRMATION | | | | |
| | VERIS RES ADDR | * ▬▬▬ NORFOLK VA 23505-1116 | | | | |
| 920393571 | | ABADAM, LUCIO CABIGAO | 0106 | | AR | |
| | NCOA ADDR | MANUAL CONFIRMATION | | | | |
| | VERIS RES ADDR | * ▬▬▬ NORFOLK VA 23505-1116 | | | | |
| 646371887 | | ABAN, GLENN PANTON | 0102 | | AR | |
| | NCOA ADDR | MANUAL CONFIRMATION | | | | |
| | VERIS RES ADDR | * ▬▬▬ NORFOLK VA 23503-2727 | | | | |
| 917803819 | | ABARTE, EVANGELINE TAPION | 0106 | | AR | |
| | NCOA ADDR | MANUAL CONFIRMATION | | | | |
| | VERIS RES ADDR | * ▬▬▬ NORFOLK VA 23505-1174 | | | | |
| 986882320 | | ABBOTT, RICHARD HABERN | 0305 | 01/01/2010 | | |
| | NCOA ADDR | * 1040A HORSESHOE RD ELIZABETH CTY NC 27909-8504 | | | | |
| | VERIS RES ADDR | ▬▬▬ NORFOLK VA 23509-2023 | | | | |
| 917968751 | | ABBOTT, RUSSELL PATRICK | 0508 | | AR | |
| | NCOA ADDR | MANUAL CONFIRMATION | | | | |
| | VERIS RES ADDR | * ▬▬▬ NORFOLK VA 23503-3523 | | | | |
| 917300518 | | ABBOTT, SANDRA | 0106 | | AR | |
| | NCOA ADDR | MANUAL CONFIRMATION | | | | |
| | VERIS RES ADDR | * ▬▬▬ NORFOLK VA 23505-1849 | | | | |



EXHIBIT 10

| Voter ID | Address Type | Last/First/Mid/Suf Addresses | PCT | NCOA Date | As Requested | In Jurisdiction |
|---|---|---|---|---|---|---|
| 920295193 | | ACOMPANADO, ELYMARIANO E. | 0309 | | AR | |
| | NCOA ADDR | MANUAL CONFIRMATION | | | | |
| | VERIS RES ADDR | * ▓▓▓ NORFOLK VA 23513-1929 | | | | |
| 920416978 | | ACREE, MASON ONEAL | 0308 | 07/01/2009 | | |
| | NCOA ADDR | * 347 ROOSEVELT ST APT 7A CHULA VISTA CA 91910-4554 | | | | |
| | VERIS RES ADDR | ▓▓▓ NORFOLK VA 23513-3378 | | | | |
| 918770330 | | ACREE, SUE ANN | 0308 | 10/01/2009 | | IJ |
| | NCOA ADDR | * 8041 ARDMORE RD NORFOLK VA 23518-3845 | | | | |
| | VERIS RES ADDR | ▓▓▓ NORFOLK VA 23513-3378 | | | | |
| 920351516 | | ACUNA, JUAN PABLO JOSE | 0310 | | AR | |
| | NCOA ADDR | MANUAL CONFIRMATION | | | | |
| | VERIS RES ADDR | * ▓▓▓ NORFOLK VA 23513-1823 | | | | |
| 684158954 | | ADAIR, AMBERLYN CHARLENE | 0102 | | AR | |
| | NCOA ADDR | MANUAL CONFIRMATION | | | | |
| | VERIS RES ADDR | * ▓▓▓ NORFOLK VA 23503-1088 | | | | |
| 920020530 | | ADAMITIS, JANA LEE | 0210 | 08/01/2009 | | IJ |
| | NCOA ADDR | * 1132 GRAYDON AVE # 1 NORFOLK VA 23507-1204 | | | | |
| | VERIS RES ADDR | ▓▓▓ NORFOLK VA 23507-1752 | | | | |
| 920309424 | | ADAMS, ALEXANDER DONCHE | 0310 | | AR | |
| | NCOA ADDR | MANUAL CONFIRMATION | | | | |
| | VERIS RES ADDR | * ▓▓▓ NORFOLK VA 23505-3839 | | | | |
| 919033619 | | ADAMS, AMBER MARIE | 0102 | 03/01/2010 | | IJ |
| | NCOA ADDR | * 837 LITTLE BAY AVE APT C NORFOLK VA 23503-1471 | | | | |
| | VERIS RES ADDR | ▓▓▓ NORFOLK VA 23503-1485 | | | | |