

# Virginia Election and Registration Information System

## VERIS



Step-by-Step Instructions

NCOA Processing

Rev. 2010-7-26
VERIS v20090311

| Hopper | |
|---|---|
| →Felony Conviction | 346 Records |
| →Incomplete Registrations | 23 Records |
| →Transfers | 2 Records |
| →Death | 13 Records |
| →Reinstate Voters | 2 Records |
| →Felony Reinstatements | 1 Records |
| →Mentally Incapacitated | 2 Records |
| →Batch Reports | 11 Records |
| →Queued Reports | Records |
| →SSIS Packages | 2 Records |
| **→NCOA Matches** | **22 Records** |
| →Notifications | 1 Records |
| Data as of 1:00pm | |

Clicking the NCOA Matches link will take you to the NCOA Match list.



Clicking on the voter's last name will display the Hopper Detail page. It details when the match occurred, what date the voter gave for the move, and the voter's new address and previous address (i.e., the address currently in VERIS).



Selecting Pending and clicking Save or just clicking Cancel will return you to the NCOA Match list without modifying the voter.

Selecting Discard and clicking Save will remove the voter from the NCOA Hopper without modifying the voter's address.

Selecting Update and clicking Save will take you to the Update Registration page for the voter. The new address populates the Residence Address field. The previous address (i.e., the address currently in VERIS) populates the Previous Address fields.



The address update is then processed as normal by clicking Process and then Approve.





## NCOA Correspondence

If a NCOA confirmation mailing correspondence is **returned by the USPS as undeliverable**, it should be recorded on the voter's record.

1. Search for the voter. View the Correspondence History of the voter. Then click on the pencil next to the Voter Registration NCOA Confirmation Mailing record.



2. In the Correspondence Details screen, enter the Date Returned and select the Undeliverable checkbox. The other date fields should **not** be modified. Click Save.



3. Per the business requirements, the voter will be inactivated.



If a NCOA confirmation mailing correspondence is **returned by the voter**, it must be recorded on the voter's record so that the voter will not be inactivated when the Due Date arrives.

1. View the Correspondence History of the voter. Click on the pencil next to the Voter Registration NCOA Confirmation Mailing record.



2. In the Correspondence Details screen, enter the Date Returned. The other date fields should **not** be modified. Click Save. Please note that selecting the Cancel Due Date checkbox is not necessary as the system will do so automatically. However, if you do select it, you will need to enter in a Cancel Reason in order to complete the save.



3. VERIS will automatically cancel the Due Date for the correspondence and enter a Cancel Reason on the correspondence.



If a voter's record has been inactivated because the Date Returned was not entered before SBE ran the inactivation process, entering the Date Returned will reactivate the voter.

1. View the Correspondence History of the voter. Click on the pencil next to the Voter Registration NCOA Confirmation Mailing record.



2. In the Correspondence Details screen, enter the Date Returned. The other date fields should **not** be modified. Click Save.



3. VERIS will change the voter's status back to Active.



NCOA Transfers - IN and Out of Jurisdiction

Out of Jurisdiction Moves:
When you receive a notice indicating the voter has moved to another locality in the Commonwealth of Virginia:
1. You should update the voter's correspondence history
2. Copy both the original alpha document and the confirmation notice and forward the originals to the locality the voter's has moved to.

IN Jurisdiction Moves:
Updating the voters record by transferring them into your locality will result in the 'Confirmation' flag being removed and generate a new voter card.

## NCOA Reports

The Hopper Detail report has been updated to include the information from the NCOA Hopper. Four new reports were created for the NCOA functionality and are located under the Voter category.

- NCOA Confirmation Notices Not Sent Statistics: This report lists the number of voters in each locality that did not have confirmation notices sent.
- NCOA Confirmation Notices Sent Statistics: This report lists the number of voters in each locality that did have confirmation notices sent.
- NCOA Confirmation Notices Not Sent: This report lists voters in each locality that did not have confirmation notices sent. This report is considered internal because protected voters' residential addresses will appear on it. There are 4 possible reasons that will be indicated on the report for why notices were not sent:
    - **RESIDENTIAL FORWARD TO PO BOX:** As of the move date, the voter is receiving his mail at the indicated PO Box instead of the VERIS Residential Address. This change does not indicate that their physical residence has changed.
    - **MAILING ADDR CHANGED:** The voter has submitted an address change for their VERIS Mailing Address and no change for her VERIS Residential Address.
    - **NO FORWARDING MAILING ADDR:** The USPS indicates that the voter is no longer receiving mail at the VERIS Mailing Address but there was no change for his VERIS Residential Address.
    - **OTHER:** The voter is appearing for an unknown reason that requires investigation.

```
                              Commonwealth of Virginia
                               State Board of Elections
                         NCOA Confirmation Notices Not Sent Report
                         Confirmation Notices Sent on 06/08/2009
LOCALITY 017       BATH COUNTY  # of locality records: 2
   Voter ID        Last/First/Mid/Suf                                                    NCOA
   Address Type    Address                          Reason Not Sent          PCT         Date
   917289445       ANDERSON, DEBORAH HARRINGTON     MAILING ADDR CHANGED     0501        12/01/2008
   VERIS RES ADDR    181 OLD GREENHOUSE RD HOT SPRINGS VA 24445
   VERIS MAIL ADDR   PO BOX 792 HOT SPRINGS VA 24445-0792
   NCOA ADDR         1203 COUNTRY CLUB DR KINSTON NC 28504-2646
   919090435       MUELLER, MATTHEW RICHARD         MAILING ADDR CHANGED     0101        11/01/2008
   VERIS RES ADDR    176 KLONDIKE DR WARM SPRINGS VA 24484-2209
   VERIS MAIL ADDR   PO BOX 687 HOT SPRINGS VA 24445-0687
   NCOA ADDR         41 PATTONS TRCE FAIRFIELD VA 24435-2413
```

- **NCOA Confirmation Notices Sent:** This report lists voters in each locality that had confirmation notices sent. There are two versions of this report:
    - Internal: The internal version of the report displays the residential addresses for protected voters.
    - Public: The public version of the report does not display residential addresses for protected voters. Instead the protected voter's mailing address displays for all three address lines.

There are two ways to distinguish between the two reports.

- The Internal report does not have 'Public Report' in the report title and has the Sensitive Information Warning at the bottom of the report.
- The Public report has 'Public Report' in the report title and is missing the Sensitive Information Warning at the bottom of the report.



To run the Internal NCOA Confirmation Notices Sent report, select 'Yes' for the Include Confidential option and run the report as usual.



To run the Public NCOA Confirmation Notices Sent report, select 'No' for the Include Confidential option and run the report as usual.



Rev. 2010-7-26
VERIS v20090311

NCOA Processing Page- 12
STEP-BY-STEP